R. BRIAN DIXON, CA Bar No. 076247
bdixon@littler.com
THEODORA R. LEE, CA Bar No. 129982
tlee@littler.com
JOHN S. HONG, CA Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Fax No.:         415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,, <br><br> Plaintiffs, <br><br> v. <br><br> PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  C12-5080 CRB <br><br> **ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date:           January 18, 2013 <br> Time:           8:30 a.m. <br> Courtroom:  6, 17th Floor <br><br> Complaint Filed:    October 1, 2012 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CMC

Case No. C12-5080 CRB

Pursuant to Civil L.R. 16-10(a), Lead Trial Counsel for Defendant PHARMACA INTEGRATIVE PHARMACY, INC., Theodora R. Lee, respectfully requests that she be permitted to make a telephonic appearance for the Initial Case Management Conference scheduled to take place at 8:30 a.m. on Friday, January 18, 2013. Lead Trial Counsel's scheduling commitments, which predate the setting of the Initial Case Management Conference by the Court, require that she be in Southern California on January 18, 2013, and she is unable to change her schedule to attend the Conference in person. Co-counsel John S. Hong can personally appear. The Court's agreement to permit Defendant's Lead Trial Counsel to appear by telephone would be greatly appreciated.

Dated: January 10, 2013

/s/ *Theodora R. Lee*
R. BRIAN DIXON
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED:**

DATED: January 11, 2013



IT IS SO ORDERED
Judge Charles R. Breyer

Firmwide:117511744.1 053927.1006

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CMC   2.   Case No. C-12-5080 CRB