1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  C12-5080 CRB<br><br>**ORDER RE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:    October 1, 2012 |

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA  94108.2693
415.433.1940

[PROPOSED] ORDER                                   2.                              Case No. C-12-5080 CRB

The Initial Case Management Conference in the above-referenced matter came on for hearing on January 18, 2013 at 8:30 a.m. in Courtroom 6 of the District Court of the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Charles R. Breyer presiding.  Theodora R. Lee and John S. Hong, Littler Mendelson, a P.C., appeared as attorneys for Defendant PHARMACA INTEGRATIVE PHARMACY, INC. ("Defendant"); Mark Venardi, The Venardi Law Firm, appeared as attorney for Plaintiffs BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL ("Plaintiffs").

After full consideration of the Joint Case Management Statement and the matters presented by counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The hearing on the motion for class certification on the issue of Numerosity alone is scheduled for Friday, May 10, 2013, at 10:00 a.m. before this Court.

2. Discovery is limited to the class certification issue of Numerosity.

3. Counsel will meet and confer on all other dates upon judicial resolution of the motion for class certification on the issue of Numerosity, including discovery and motion deadlines related to the other requirements for class certification.

**IT IS SO ORDERED.**

Date: February 1, 2013____



_____
THE HONORABLE CHARLES R. BREYER

Firmwide:117725225.2 053927.1006

[PROPOSED] ORDER       3.       Case No. C-12-5080 CRB

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940