1 | R. BRIAN DIXON, CA Bar No. 076247
bdixon@littler.com
2 | THEODORA R. LEE, CA Bar No. 129982
tlee@littler.com
3 | JOHN S. HONG, CA Bar No. 255150
jhong@littler.com
4 | LITTLER MENDELSON, P.C.
650 California Street
5 | 20th Floor
San Francisco, California 94108.2693
6 | Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,, | Case No. C12-5080 CRB |
|---|---|
| Plaintiffs, | **ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive, | Date: August 30, 2013
Time: 8:30 a.m.
Courtroom: 6, 17th Floor |
| Defendants. | Complaint Filed: October 1, 2012 |

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL
TO APPEAR BY TELEPHONE AT FURTHER CMC | Case No. C12-5080 CRB

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Pursuant to Civil Local Rule 16-10(a), Defendant Pharmaca Integrative Pharmacy Inc. respectfully requests to participate, through its counsel Theodora R. Lee, in the Further Case Management Conference, set for August 30, 2013 at 8:30 a.m., by telephone. Ms. Lee's direct landline phone number is 510.531.5502. The Court's agreement to permit Defendant's Lead Trial Counsel to appear by telephone would be greatly appreciated.

Dated: August 27, 2013

/s/ *Theodora R. Lee*
R. BRIAN DIXON
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED:**

DATED:  Cwi wuv'4; .''4235

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Firmwide:122742793.1 053927.1006

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC    2.    Case No. C-12-5080 CRB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940