R. BRIAN DIXON, CA Bar No. 076247
bdixon@littler.com
THEODORA R. LEE, CA Bar No. 129982
tlee@littler.com
JOHN S. HONG, CA Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C12-5080 CRB<br><br>**ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: August 30, 2013<br>Time: 8:30 a.m.<br>Courtroom: 6, 17th Floor<br><br>Complaint Filed: October 1, 2012 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC

Case No. C12-5080 CRB

Pursuant to Civil Local Rule 16-10(a), Defendant Pharmaca Integrative Pharmacy Inc. respectfully requests to participate, through its counsel Theodora R. Lee, in the Further Case Management Conference, set for August 30, 2013 at 8:30 a.m., by telephone. Ms. Lee's direct landline phone number is 510.531.5502. The Court's agreement to permit Defendant's Lead Trial Counsel to appear by telephone would be greatly appreciated.

Dated: August 27, 2013

/s/ *Theodora R. Lee*
R. BRIAN DIXON
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED:**

DATED: Cwi wuv'4; .''4235

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Firmwide:122742793.1 053927.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC — 2. — Case No. C-12-5080 CRB