Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT,
and MEGHANN BOSWELL,
on behalf of themselves
and other similarly situated California employees

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,**<br><br>**Defendants.** | Case No.:   **C12-5080 CRB**<br><br>**ORDER ALLOWING PLAINTIFFS' COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:          August 30, 2013<br>Time:         8:30 a.m.<br>Courtroom:  6, 17th Floor<br><br>Complaint Filed:   October 1, 2012 |

- 1 -

1  Pursuant to Civil Local Rule 16-10(a), Plaintiffs Blamoh T. Twegbe, Melissa B. Everitt and
2  Meghann Boswell respectfully request to participate, through their counsel Mark Venardi and
3  Martin Zurada, in the Further Case Management Conference, set for August 30, 2013 at 8:30 a.m.
4  by telephone. Both Mr. Venardi and Mr. Zurada will be available by direct land line number 925-
5  937-3903.

7  Dated: August 27, 2013                                   VENARDI ZURADA

                                                            _____/S/ Martin Zurada_____
                                                            Martin Zurada
                                                            VENARDI ZURADA LLP
                                                            Attorneys for Plaintiffs EVERITT, TWEGBE and
                                                            BOSWELL, on behalf of themselves, and other
                                                            similarly situated California employees of defendant
                                                            PHARMACA INTEGRATIVE PHARMACY, INC.

16  **IT IS SO ORDERED.**

18  Dated: Aug. 29, 2013                                    _____
                                                            HON. C
                                                            UNITED STATES DISTRICT JUDGE

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -

**[Proposed] Order Allowing Plt's Counsel to
Appear by Telephone at Further CMC**

**CASE NO.C12-5080 CRB**