Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT,
and MEGHANN BOSWELL,
on behalf of themselves
and other similarly situated California employees

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,<br><br>Plaintiffs,<br><br>vs.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C12-5080 CRB<br><br>[~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS' COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: December 13, 2013<br>Time: 8:30 a.m.<br>Courtroom: 6, 17th Floor<br><br>Complaint Filed: October 1, 2012 |

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

Pursuant to Civil Local Rule 16-10(a), Plaintiffs Blamoh T. Twegbe, Melissa B. Everitt and Meghann Boswell respectfully request to participate, through their counsel Mark Venardi and Martin Zurada, in the Further Case Management Conference, set for December 13, 2013 at 8:30 a.m. by telephone. Both Mr. Venardi and Mr. Zurada will be available by direct land line number 925-937-3903.

Dated: November 27, 2013

VENARDI ZURADA

/s/ Martin Zurada
_____
Martin Zurada
VENARDI ZURADA LLP
Attorneys for Plaintiffs EVERITT, TWEGBE and BOSWELL, on behalf of themselves, and other similarly situated California employees of defendant PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED.**

Dated: Dec. 6, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -

[Proposed] Order Allowing Plt's Counsel to
Appear by Telephone at Further CMC

CASE NO. C12-5080 CRB