R. BRIAN DIXON, CA Bar No. 076247
bdixon@littler.com
THEODORA R. LEE, CA Bar No. 129982
tlee@littler.com
JOHN S. HONG, CA Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C12-5080 CRB<br><br>**ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: December 13, 2013<br>Time: 8:30 a.m.<br>Courtroom: 6, 17th Floor<br><br>Complaint Filed: October 1, 2012 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC

Case No. C12-5080 CRB

Pursuant to Civil L.R. 16-10(a), Lead Trial Counsel for Defendant PHARMACA INTEGRATIVE PHARMACY, INC., respectfully requests to participate, through its counsel Theodora R. Lee, in the Further Case Management Conference set for December 13, 2013 at 8:30 a.m. by telephone. Ms. Lee will be available by direct land line number 510.531.5502.

Dated: December 2, 2013

/s/ *Theodora R. Lee*
R. BRIAN DIXON
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED:**

DATED:   December 6, 2013

HON.
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California. Stamp: "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

Firmwide:123891573.1 053927.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC    2.    Case No. C-12-5080 CRB