R. BRIAN DIXON, CA Bar No. 076247
bdixon@littler.com
THEODORA R. LEE, CA Bar No. 129982
tlee@littler.com
JOHN S. HONG, CA Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Fax No.:   415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  C12-5080 CRB<br><br>**ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:   March 21, 2014<br>Time:   8:30 a.m.<br>Courtroom: 6, 17th Floor<br><br>Complaint Filed:   October 1, 2012 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL
TO APPEAR BY TELEPHONE AT FURTHER CMC

Case No. C12-5080 CRB

Pursuant to Civil L.R. 16-10(a), Lead Trial Counsel for Defendant PHARMACA INTEGRATIVE PHARMACY, INC., respectfully requests to participate, through its counsel Theodora R. Lee, in the Further Case Management Conference set for March 21, 2014 at 8:30 a.m. by telephone. Ms. Lee will be available by direct land line number 310.670.9000. This number is for the Radisson Los Angeles Airport Hotel where Ms. Lee will be staying on business and the room number will be supplied no later than March 20, 2014.

Dated: March 12, 2014

/s/ *Theodora R. Lee*
R. BRIAN DIXON
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

**IT IS SO ORDERED:**

DATED:  March 17, 2014

HON. C[HARLES R. BREYER]
UNITED [STATES DISTRICT JUDGE]



Firmwide:125884332.1 053927.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CMC      2.      Case No. C-12-5080 CRB