Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT,
and MEGHANN BOSWELL,
on behalf of themselves
and other similarly situated California employees

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,**<br><br>**Defendants.** | **Case No.:   C12-5080 CRB**<br><br>**ORDER ALLOWING PLAINTIFFS' COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:          March 21, 2014<br>Time:         8:30 a.m.<br>Courtroom:  6, 17th Floor<br><br>Complaint Filed:   October 1, 2012 |

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

1  Pursuant to Civil Local Rule 16-10(a), Plaintiffs Blamoh T. Twegbe, Melissa B. Everitt and
2  Meghann Boswell respectfully request to participate, through their counsel Mark Venardi and
3  Martin Zurada, in the Further Case Management Conference, set for March 21, 2014 at 8:30 a.m. by
4  telephone. Both Mr. Venardi and Mr. Zurada will be available by direct land line number 925-937-
5  3903.

7  Dated: March 11, 2014                              VENARDI ZURADA

                                                      _____/S/ Martin Zurada_____
                                                      Martin Zurada
                                                      VENARDI ZURADA LLP
                                                      Attorneys for Plaintiffs EVERITT, TWEGBE and
                                                      BOSWELL, on behalf of themselves, and other
                                                      similarly situated California employees of defendant
                                                      PHARMACA INTEGRATIVE PHARMACY, INC.

16 **IT IS SO ORDERED.**

18 Dated:  March 17, 2014

                                                      _____
                                                      HON. C_____
                                                      UNITED _____ JUDGE



- 2 -

**[Proposed] Order Allowing Plt's Counsel to
Appear by Telephone at Further CMC**

**CASE NO. C12-5080 CRB**