UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T TWEGBE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.,<br><br>          Defendant. | Case No.  12-cv-05080-CRB   (JSC)<br><br>**ORDER RE: PLAINTIFFS' MOTION TO COMPEL ADDITIONAL DISCOVERY RESPONSES**<br><br>Re: Dkt. No. 51 |

Now pending before the Court is Plaintiffs' Motion to Compel Additional Discovery Responses (Dkt. No. 51).[1] Defendant's opposition to the motion indicates that the parties engaged in additional meet and confer regarding the underlying discovery dispute after Plaintiffs filed the motion to compel and that Defendant made an offer of compromise regarding the dispute on June 24, 2014, but as of the date the opposition was filed Plaintiffs had not responded. (Dkt. No. 53-1 ¶¶ 15-16.)  Although Plaintiffs' reply brief was due July 1, 2014, no reply brief has been filed. The motion is set to be heard July 11, 2014.

Accordingly, **by noon July 7, 2014**, Plaintiffs shall file a statement which (1) indicates the current status of the parties' meet and confer efforts, and (2) provides a response to Defendant's offer of compromise, including Defendant's proposed *Belaire-West* notice.  Alternatively, if the parties have resolved the motion, Plaintiffs should promptly withdraw their motion to compel.

**IT IS SO ORDERED.**

Dated: July 2, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] The motion was referred to the undersigned Magistrate Judge on June 11, 2014. (Dkt. No. 52.)