IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, ET AL., | No. 3:12-cv-05080-CRB |
| Plaintiffs, | **ORDER GRANTING DEFENDANT LEAVE TO RESPOND TO PLAINTIFFS' LATE-FILED EVIDENCE** |
| v. | |
| PHARMACA INTEGRATIVE PHARMACY, INC., | |
| Defendant. | |

The Court is in receipt of Defendant Pharmaca Integrative Pharmacy, Inc.'s objection to late-filed evidence (dkt. 88). The Court GRANTS Defendant leave to respond by March 11, 2015, to the evidence Plaintiffs filed for the first time in their reply in support of class certification. See Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996). Plaintiffs may not file a subsequent sur-reply. The Court takes note of Plaintiffs' repeated failure to comply with deadlines and procedural rules and expects full compliance in the future.

**IT IS SO ORDERED.**

Dated: March 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE