**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, ET AL., | No. 3:12-cv-05080-CRB |
| Plaintiffs, | **ORDER DENYING MOTION FOR CLASS CERTIFICATION** |
| v. | |
| PHARMACA INTEGRATIVE PHARMACY, INC., | |
| Defendant. | |

For the reasons stated in open court, the Court hereby DENIES Plaintiffs' Motion for Class Certification (dkt. 71).

**IT IS SO ORDERED.**

Dated: March 20, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE