**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, ET AL., | No. 3:12-cv-05080-CRB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| PHARMACA INTEGRATIVE PHARMACY, INC., | |
| Defendant. | |

The Court is in receipt of Plaintiffs' motion for leave to file a first amended complaint (dkt. 97). Following this Court's March 20, 2015, Order denying Plaintiffs' motion to certify a class in this matter (dkt. 93), Plaintiffs seek to amend their complaint to remove all class action allegations and add certain facts and claims to reflect that the case is now being pursued on an individual basis. Because Plaintiffs seek leave to amend for reasons that are consistent with the principles of Federal Rule of Civil Procedure 15(a), the Court hereby GRANTS leave to amend. See Foman v. Davis, 371 U.S. 178, 182 (1962).

**IT IS SO ORDERED.**

Dated: July 17, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE