R. BRIAN DIXON, Bar No. 076247
bdixon@littler.com
THEODORA R. LEE, Bar No. 129892
tlee@littler.com
JOHN S. HONG, Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  3:12-cv-5080-TEH<br><br>**STIPULATION RE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. Proc. Rule 12(b)(6)]<br><br>Date:   September 14, 2015<br>Time:   10 a.m.<br>Judge:  Henderson<br>Dept:   Courtroom 2 |
| SANAM ANSARI<br><br>Plaintiff,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>Defendant. | Case No.  3:15-cv-01981-TEH |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION RE HEARING ON
DEFENDANT'S MOTION TO DISMISS          1.          Case No.  C12-5080 TEH

| | |
|---|---|
| RONALD PEREZ<br><br>    Plaintiff,<br><br>    v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>    Defendant. | Case No.  3:15-cv-01982-TEH |
| CHRISTINE STEPHANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>    Defendant. | Case No.  3:15-cv-01983-TEH |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION RE HEARING ON DEFENDANT'S MOTION TO DISMISS      2.      Case No.  C12-5080 TEH

1  Plaintiffs BLAMOH T. TWEGBE, MELISSA B. EVERITT, MEGHANN BOSWELL, SANAM ANSARI, RONALD PEREZ, and CHRISTINE STEPHANOS ("Plaintiffs") and Defendant PHARMACA INTEGRATIVE PHARMACY, INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on or about May 1, 2015, Plaintiffs Ansari, Perez and Stephanos filed their respective Complaints in the above-captioned matters, Case Nos. 3:15-cv-01981-TEH, 3:15-cv-01982-TEH, and 3:15-cv-01983-TEH, respectively;

**WHEREAS**, on or about June 4, 2015, the Court ordered that Plaintiffs Ansari, Perez and Stephanos' matters be deemed related to Plaintiffs' Twegbe, Everitt and Boswell's matter, Case No. 3:12-cv-5080-TEH;

**WHEREAS**, on or about July 6, 2015, Defendant filed its Motions to Dismiss the Complaints of Plaintiffs Ansari, Perez and Stephanos in each of the above-captioned matters;

**WHEREAS**, on or about July 17, 2015, Plaintiffs filed their respective First Amended Complaints in all of the above-captioned matters;

**WHEREAS**, on or about August 3, 2015, Defendant filed Motions to Dismiss the First Amended Complaints in all of the above-captioned matters;

**WHEREAS**, the hearing on Defendant's Motions to Dismiss the First Amended Complaints in all of the above-captioned matters are scheduled for hearing on September 14, 2015;

**WHEREAS**, the parties are working out an agreement to dismiss all claims in this action;

**WHEREAS**, judicial economy will be best served if the Parties can continue the hearing on Defendant's Motion to Dismiss the First Amended Complaints for each of the above-captioned matters from September 14, 2015 until a date after October 9, 2015 to enable the Parties to continue discussions regarding the dismissal; and that the opposition deadline be continued to September 11, 2015 and the reply deadline be continued until September 18, 2015;

**THEREFORE, IT IS STIPULATED**

The hearing on Defendant's Motion to Dismiss the First Amended Complaints in all of the above-captioned matters, Case Nos. 3:12-cv-5080-TEH, 3:15-cv-01981-TEH, 3:15-cv-01982-TEH, and 3:15-cv-01983-TEH, currently set for September 14, 2015 will be continued until a date

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE HEARING ON
DEFENDANT'S MOTION TO DISMISS    3.    Case No. C12-5080 TEH

convenient for the Court, after October 9, 2015; and the opposition deadline be continued to September 11, 2015 and the reply deadline be continued until September 18, 2015.

Dated: August 17, 2015

VENARDI ZURADA

/s/ *Martin Zurada*
MARK L. VENARDI
MARTIN ZURADA
Attorneys for Plaintiffs
BLAMOH T.TWEGBE, MELISSA B. EVERITT, MEGHANN BOSWELL, SANAM ANSARI, RONALD PEREZ and CHRISTINE STEPHANOS

Dated: August 17, 2015

LITTLER MENDELSON

/s/ *John S. Hong*
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

Pursuant to the stipulated reached by the parties and good cause appearing therefore, IT IS SO ORDERED.  Motion hearing is continued to Monday, 10/19/2015, at 10:00 AM.

Date: _____08/18_____, 2015       _____
                                   THE HONORABLE THELTON E. HENDERSON

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION RE HEARING ON DEFENDANT'S MOTION TO DISMISS     4.     Case No.  C12-5080 TEH