Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT,
and MEGHANN BOSWELL; SANAM ANSARI;
RONALD PEREZ; and CHRISTINE STEPHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-5080-TEH<br><br>**STIPULATION RE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. Proc. Rule 12(b)(6)]<br><br>Date: October 19, 2015<br>Time: 10 a.m.<br>Judge: Henderson<br>Dept: Courtroom 2 |
| SANAM ANSARI<br><br>Plaintiff,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>Defendant. | Case No. 3:15-cv-01981-TEH |

| | |
|---|---|
| RONALD PEREZ<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>　　　　Defendant. | Case No. 3:15-cv-01982-TEH |
| CHRISTINE STEPHANOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC<br><br>　　　　Defendant. | Case No. 3:15-cv-01983-TEH |

1 | Plaintiffs BLAMOH T. TWEGBE, MELISSA B. EVERITT, MEGHANN BOSWELL, SANAM ANSARI, RONALD PEREZ, and CHRISTINE STEPHANOS ("Plaintiffs") and Defendant PHARMACA INTEGRATIVE PHARMACY, INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on or about May 1, 2015, Plaintiffs Ansari, Perez and Stephanos filed their respective Complaints in the above-captioned matters, Case Nos. 3:15-cv-01981-TEH, 3:15-cv-01982-TEH, and 3:15-cv-01983-TEH, respectively;

**WHEREAS**, on or about June 4, 2015, the Court ordered that Plaintiffs Ansari, Perez and Stephanos' matters be deemed related to Plaintiffs' Twegbe, Everitt and Boswell's matter, Case No. 3:12-cv-5080-TEH;

**WHEREAS**, on or about July 6, 2015, Defendant filed its Motions to Dismiss the Complaints of Plaintiffs Ansari, Perez and Stephanos in each of the above-captioned matters;

**WHEREAS**, on or about July 17, 2015, Plaintiffs filed their respective First Amended Complaints in all of the above-captioned matters;

**WHEREAS**, on or about August 3, 2015, Defendant filed Motions to Dismiss the First Amended Complaints in all of the above-captioned matters;

**WHEREAS**, the hearing on Defendant's Motions to Dismiss the First Amended Complaints in all of the above-captioned matters was previously scheduled for hearing on September 14, 2015;

**WHEREAS**, the Court granted a continuance of the hearing to October 19, 2015 at 10:00 a.m. to allow the parties to engage in discussions regarding settlement and dismissal of all claims;

**WHEREAS**, the parties are in the final steps of memorializing a settlement that would result in dismissal of all claims;

**WHEREAS**, judicial economy will be best served if the Parties can continue the hearing on Defendant's Motion to Dismiss the First Amended Complaints for each of the above-captioned matters from October 19, 2015 until a date after November 9, 2015 to enable to Parties to finalize a settlement;

**THEREFORE, IT IS STIPULATED**

1  The hearing on Defendant's Motion to Dismiss the First Amended Complaints in all of the
2  above-captioned matters, Case Nos. 3:12-cv-5080-TEH, 3:15-cv-01981-TEH, 3:15-cv-01982-TEH,
3  and 3:15-cv-01983-TEH, currently set for October 19, 2015 will be continued until a date convenient
4  for the Court, after November 9, 2015.

Dated: September 8, 2015       VENARDI ZURADA LLP

/s/ Mark L. Venardi
MARK L. VENARDI
MARTIN ZURADA
Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT, MEGHANN BOSWELL, SANAM ANSARI, RONALD PEREZ and CHRISTINE STEPHANOS

Dated: September 8, 2015       LITTLER MENDELSON

/s/ John S. Hong
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

Pursuant to the stipulated reached by the parties and good cause appearing therefore, IT IS SO ORDERED. Motion hearing is continued to November 16, 2015, at 10:00 AM.

Date: 09/10, 2015

THE HONORABLE THELTON E. HENDERSON

Judge Thelton E. Henderson