Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT,
and MEGHANN BOSWELL; SANAM ANSARI;
RONALD PEREZ; and CHRISTINE STEPHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, on behalf of themselves and other similarly situated California employees,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-5080-TEH<br><br>**JOINT REQUEST FOR DISMISSAL** |

Plaintiffs BLAMOH T. TWEGBE, MELISSA B. EVERITT, and MEGHANN BOSWELL, and Defendant PHARMACA INTEGRATIVE PHARMACY, INC. (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

//

//

Respectfully Submitted,

Dated: November 4, 2015            VENARDI ZURADA LLP

/s/ Mark L. Venardi
MARK L. VENARDI
MARTIN ZURADA
Attorneys for Plaintiffs
BLAMOH T. TWEGBE, MELISSA B. EVERITT, MEGHANN BOSWELL

Dated: November 5, 2015            LITTLER MENDELSON

/s/ Theodora R. Lee
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/10/2015
IT IS SO ORDERED
Judge Thelton E. Henderson

JOINT REQUEST FOR DISMISSAL                                Case No. C12-5080 TEH